

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00116-CV

| | | |
|---|---|---|
| REGINA NACHAEL HOWELL FOSTER, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | |
| | | of Tarrant County (2021-000942-1) |
| V. | § | |
| | | July 1, 2021 |
| | § | |
| INFO TREE INVESTMENTS & MANAGEMENT, LLC, Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
        Chief Justice Bonnie Sudderth